IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00492-02-REB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KANDICE M. GOINS,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On August 21, 2007, the defendant submitted a Pro Se motion to the Court requesting early termination of supervision after completing 26 months out of the 60 months ordered. On October 23, 2007, the Probation Office was advised that the Government does not object to the proposed relief.

Accordingly, it is:

        ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

        DATED at Denver, Colorado, this **25th** day of **October** 2007.

        BY THE COURT:

        /s/ Rob Blackburn
        Robert E. Blackburn
        U.S. District Judge